UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGNATOURS CORPORATION, | CASE NO. 2:23-CV-01204-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CHAD HAUER and STEPHANIE HAUER, a married couple, | |
| Defendants. | |

    This matter comes before the Court following its January 10, 2024 Order to Show Cause. Dkt. No. 8. The Court ordered Plaintiff Signatours Corporation to show cause by January 31, 2024 why this action should not be dismissed without prejudice for failure to timely serve Defendants Chad Hauer and Stephanie Hauer in accordance with Federal Rule of Civil Procedure 4. *Id.* at 2. Signatours did not file a response. This action is therefore dismissed without prejudice.

    Dated this 24th day of April, 2024.

                                                  Lauren King
                                                  United States District Judge

ORDER OF DISMISSAL - 1